IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH RYAN REESE,<br><br>  Plaintiff,<br><br>  v.<br><br>JASON SCHULTZ, et al.,<br><br>  Defendants. | No. 2:24-CV-3359-WBS-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On July 25, 2025, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1

1     Accordingly, IT IS HEREBY ORDERED as follows:

2     1.   The findings and recommendations filed July 25, 2025, ECF No. 11, are
3  adopted in full.

4     2.   Defendant Schultz is dismissed for failure to state a claim against whom
5  relief can be granted.

6     3.   This matter is referred back to the assigned Magistrate Judge for further
7  proceedings.

8  Dated:  September 22, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2