**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| KEITH RYAN REESE, | No.  2:24-CV-3359-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| A. HENNIGAN, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil rights action.  On October 22, 2025, the Court ordered this matter referred to the Court's early alternative dispute resolution program.  See ECF No. 21.  A settlement conference was subsequently set for April 23, 2026, before Magistrate Judge Allison Claire.  See ECF No. 24 (minute order).  Plaintiff was directed to submit a confidential settlement conference statement and file a notice of submission of same on or before April 16, 2026.  See id.  Plaintiff was also directed to provide Judge Claire's Court Clerk by April 16, 2026, to obtain instructions for a remote appearance.  See id.

A review of the docket reflects that Plaintiff did not file a notice of submission of his confidential settlement conference statement and that Plaintiff failed to appear at the settlement conference set for April 23, 2026.  See ECF No. 25 (minutes for proceedings before Judge Claire).

/ / /

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall show cause in writing within 30 days of the date of this order why this action should not be dismissed for failure to prosecute and failure to comply with the Court's orders regarding participation in a mandatory settlement conference.

Dated:  May 14, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE